**Tyrone HURT, Plaintiff-Appellant,**

**v.**

**D.C. METRO TRANSIT TRANSPORTA-TION; The International Criminal Court, 1946 Hague Germany; The International Peace Court, 1946 Hague Germany; Chiefs of Police, and all law enforcement officials, Defendants-Appellees.**

No. 16-1376

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2016

Decided: August 2, 2016

Tyrone Hurt, Appellant Pro Se.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hurt v. D.C. Metro Transit Transp., No. 5:15-cv-00468-F, 2016 WL 1032811 (E.D.N.C. Mar. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED